In re NOMINATION PETITION OF Dennis MORRISON–WESLEY as Candidate for The Democratic Nomination for State Treasurer In the Primary Election of April 22, 2008,

Appeal of John D. Lisko.

Supreme Court of Pennsylvania.

Submitted on Briefs March 28, 2008.

Decided April 8, 2008.

Gregory M. Harvey, Montgomery, McCracken, Walker & Rhoades, L.L.P., Philadelphia, for John D. Lisko, appellant.

Marc Stephen Bragg, West Chester, for Dennis Morrison-Wesley, appellee.

Louis Lawrence Boyle, PA Dept. of State - Office of Gen. Counsel, for Bureau of Commissions, Elections and Legislation, participants.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD and McCAFFERY, JJ.

### ORDER

PER CURIAM.

AND NOW, this 8th day of April, 2008, the Order of the Commonwealth Court is **AFFIRMED**.